

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2018

No. 04-18-00456-CR

Henry T. **GARLAND**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CR7086
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's motion for extension of time to respond to the court's show cause order is granted. We order the response due August 31, 2018. No further extensions of time will be granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2018.

_____
Keith E. Hottle
Clerk of Court